IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALFREDO RODRIGUEZ,

    Plaintiff,

vs.                                          No. CIV-12-01133 KG/WPL

THE EVOLUTION GROUP,

    Defendant.

## FINAL ORDER GRANTING SUMMARY JUDGMENT
## AND DISMISSAL OF CERTAIN CLAIMS

Having granted Defendant's Motion for Summary Judgment (Doc. 42), filed August 13, 2013, by Memorandum Opinion and Order entered contemporaneously with this Final Order Granting Summary Judgment and Dismissal of Certain Claims,

IT IS ORDERED that

1. summary judgment is entered in favor of Defendant as to Plaintiff's claims in Count I and Count II of the Complaint (Doc. 1), filed November 2, 2012;

2. Plaintiff's claims against Defendant in Count I and Count II of the Complaint are dismissed with prejudice; and

3. Plaintiff's claims against Defendant in Count II, Count IV, and Count VI of the Complaint are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE